O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| C.R.,<br><br>                Plaintiff,<br><br>   v.<br><br>PLB Management LLC et al.,<br><br>               Defendants. | Case No. 2:21-cv-03275-ODW (JEMx)<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's order granting in part Defendant's Motion for Judgment as a Matter of Law, conditionally granting in part Defendant's Motion for a New Trial or Remittitur, and vacating the damages award, (ECF No. 223), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendant shall have **JUDGMENT** in its favor;
2. The damages award is **VACATED**; and
3. Plaintiff shall receive nothing.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 8, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**